UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BILL GENE EGBERT, <br> REBECCA ANN EGBERT, <br><br> Plaintiffs, <br><br> v. <br><br> BWXT NUCLEAR OPERATIONS GROUP, INC., <br><br> Defendant. <br><br> ───────────────────────── <br><br> BWXT NUCLEAR OPERATIONS GROUP, INC., <br><br> Third Party Plaintiff, <br><br> v. <br><br> FIVES MACHINING SYSTEMS, INC., <br><br> Third Party Defendant. | No. 3:23-cv-00026-RLY-CSW |

**ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties—Plaintiff Bill Egbert, Plaintiff Rebecca Egbert, Defendant/Third-Party Plaintiff BWXT Nuclear Operations Group, Inc., and Third-Party Defendant Fives Machining Systems, Inc.—have stipulated to the dismissal of this action with prejudice. (Filing No. 147). Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Vill. of Maywood*, 506 F.3d 622, 624 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen*

1

*Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself."). The court acknowledges this case is now closed.

**IT IS SO ORDERED** this 16th day of October 2024.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.